MDLOUT , STAYED

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:07-cv-01747-EAK-EAJ**
**Internal Use Only**

| | |
|---|---|
| Barrientos v. Davol, Inc. et al<br>Assigned to: Judge Elizabeth A. Kovachevich<br>Referred to: Magistrate Judge Elizabeth A. Jenkins<br>Cause: 28:1332 Diversity-Product Liability | Date Filed: 09/26/2007<br>Date Terminated: 11/16/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 365 Personal Inj. Prod. Liability<br>Jurisdiction: Diversity |

**Plaintiff**

| | | |
|---|---|---|
| **Sandra Barrientos**<br>*on behalf of herself and all others similarly situated* | represented by | **Craig P. Niedenthal**<br>Cory, Watson, Crowder & Degaris<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205<br>205/271-7111<br>Fax: 205/324-7896<br>Email: cniedenthal@cwcd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Davol, Inc.** | represented by | **John M. Kvartek**<br>Clark, Partington, Hart, Larry, Bond & Stackhouse<br>125 W Romana St - Ste 800<br>PO Box 13010<br>Pensacola, FL 32591-3010<br>850/434-9200<br>Fax: 850/432-7340<br>Email: jkvartek@cphlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

**Defendant**

| | | |
|---|---|---|
| **C.R. Bard, Inc.** | represented by | **John M. Kvartek**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/26/2007 | 1 | CLASS ACTION COMPLAINT against Davol, Inc., C.R. Bard, Inc.; jury demand (Filing fee $ 350 receipt number T043207); filed by Sandra Barrientos.(mrh) (Entered: 09/26/2007) |
| 10/01/2007 | 2 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 3 Notice of pendency of other actions due by 10/12/2007. Signed by Deputy Clerk on 10/1/2007. (cl-m) (Entered: 10/01/2007) |
| 10/02/2007 | | (Court only) ***COPIES mailed to Counsel: Jon C. Conlin, Ernest Cory; re 2 Related case order and notice of designation of track 3 (jlh, ) (Entered: 10/02/2007) |
| 10/23/2007 | 3 | Unopposed MOTION to stay Proceedings Pending Transfer to Federal MDL by Davol, Inc., C.R. Bard, Inc.. (Kvartek, John) (Entered: 10/23/2007) |
| 10/24/2007 | 4 | ENDORSED ORDER granting 3 Motion to stay. Signed by Judge Elizabeth A. Kovachevich on 10/24/2007. (jm, ) (Entered: 10/24/2007) |
| 11/16/2007 | 5 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: CA 07-1946 MDL case number: 1842 (JLH) (Entered: 11/19/2007) |