STATE OF RHODE ISLAND : SUPERIOR COURT
PROVIDENCE, RI :

SANDRA BARRIENTOS :
:
VS. :
: C.A. No: 07-1946
DAVOL INC. and C. R. BARD INC :

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The undersigned counsel, Jon C. Conlin, of the firm Cory, Watson, Crowder, & DeGaris, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205, hereby gives notice of her appearance in this case as counsel on behalf of the plaintiff, Sandra Barrientos. The appearance of the undersigned counsel is in substitution of Craig P. Niedenthal at Cory, Watson, Crowder, & DeGaris, P.C.

/s/ Jon C. Conlin
JON C. CONLIN
Attorney for Plaintiff

**OF COUNSEL:**
CORY, WATSON, CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, Alabama 35205
(205) 328-2200

**CERTIFICATION**

I hereby certify that on this 10th day of December 2007, that a true copy of the within Notice of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also sent via electronic mail or first class mail to:

**John M. Kvartek**
Clark Partington Hart
125 W Romana Street
Suite 800
P.O.,Box 13010
Pensacola, FL 32591-3010

**Jon C. Conlin**
Cory Watson Crowder & DeGaris PC
2131 Magnolia Avenue
Suite 200
Birmingham, AL 35205

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708